1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5      160 Spear Street, Suite 800
       San Francisco, California  94105
6      Telephone:  (415) 977-8977
       Facsimile:  (415) 744-0134
7      E-Mail: Lynn.Harada@ssa.gov
8
   Attorneys for Defendant
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| WARDELL JONES, | ) | CIVIL NO.: 1:11-cv-02136-LJO-GSA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR AN |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended 30 days from October 10, 2012 to November 9, 2012.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 5, 2012 | /s/ *Sengthiene Bosavanh* <br> (As authorized via e-mail on 10/4/12) <br> SENGTHIENE BOSAVANH <br> Attorney for Plaintiff |
| Dated: October 5, 2012 | BENJAMIN B. WAGNER <br> United States Attorney <br> DONNA L. CALVERT <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| By: | /s/ *Lynn M. Harada* <br> LYNN M. HARADA <br> Special Assistant United States Attorney |
|  | Attorneys for Defendant |

ORDER

IT IS SO ORDERED.

**Dated:   October 5, 2012**                              /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE