BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8977
     Facsimile: (415) 744-0134
     E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| WARDELL JONES, | ) | CIVIL NO.: 1:11-cv-02136-LJO-GSA |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND ORDER FOR AN |
| | ) | EXTENSION OF TIME |
|        v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended 30 days from October 10, 2012 to November 9, 2012. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

*///*

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.


Respectfully submitted,

Dated: October 5, 2012                    /s/ *Sengthiene Bosavanh*
                                          (As authorized via e-mail on 10/4/12)
                                          SENGTHIENE BOSAVANH
                                          Attorney for Plaintiff


Dated: October 5, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                  By:     /s/ *Lynn M. Harada*
                                          LYNN M. HARADA
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant



                                  ORDER

IT IS SO ORDERED.

**Dated:   October 5, 2012            _____/s/ Gary S. Austin_____**
                                      UNITED STATES MAGISTRATE JUDGE